KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
ISMAEL ARREGUIN

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR-F-11-cr-00268 LJO-SKO |
|---|---|
| Plaintiff, | ) STIPULATION TO RE-SET STATUS CONFERENCE DATE; ORDER |
| v. | ) Proposed date: 7/16/12 at 1:00 p.m. SKO |
| ISMAEL ARREGUIN, | ) Existing date: 7/02/12 at 1:00 p.m. SKO |
| Defendant. | ) |

It is hereby stipulated between counsel for the government and counsel for the defense as follows:

That the previously scheduled date of July 2, 2012 at 1:00 p.m. in the Department of Magistrate Judge Sheila Oberto be rescheduled to July 16, 2012 at 1:00 p.m. on the following grounds:

1. Counsel Katherine Hart was ordered to return to complete a preliminary hearing in Merced Superior Court, the Honorable Carol Ash, on 1:30 p.m., July 2nd. This is a four-defendant attempted

1

1. murder case, in which the preliminary hearing was held June 27, 2012 but not completed. July 2nd was the only available date for four counsel and the Deputy District Attorney to complete the preliminary hearing.

2. Counsel Hart received a new plea offer from the government on June 27, 2012, and needs time to review the offer with her client.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Accordingly, counsel request that the court approve the attached order resetting the status conference to July 16, 2012 at 1:00 p.m. before the Honorable Sheila Oberto.

DATED: June 28, 2012      /kh/ Katherine Hart
                          KATHERINE HART

DATED: June 28, 2012      /ks/ Kimberly Sanchez
                          KIMBERLY SANCHEZ, Assistant U.S. Attorney

**ORDER**

It is hereby ordered that the status conference in UNITED STATES OF AMERICA v. ISMAEL ARREGUIN, 11:00168 LJO-SKO, previously scheduled for July 2, 2012 at 1:00 p.m. be rescheduled to July 16, 2012 at 1:00 p.m.

IT IS SO ORDERED.

**Dated:   June 29, 2012**          /s/ Sheila K. Oberto
                                    UNITED STATES MAGISTRATE JUDGE

2