KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
ISMAEL ARREGUIN

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-11-CR-00268 LJO-SKO |
| Plaintiff, ) | STIPULATION TO RE-SET COURT DATE FOR PLEA WITHDRAWAL AND SENTENCING; ORDER |
| v. ) | |
| ISMAEL ARREGUIN, ) | |
| Defendant. ) | |

It is hereby stipulated between counsel for the government and counsel for the defense as follows:

That the previously scheduled date of January 28, 2013 at 8:30 a.m. be rescheduled to Monday, February 4, 2013 at 8:30 a.m. based on the following:

Counsel for the government and counsel for ARREGUIN are engaged in settlement discussions to try to resolve the outstanding issues of Defendant's Motion to Withdraw Plea, the court's indicated ruling, and Defendant's contentions surrounding statements made to law enforcement. To that end the case agent, counsel for the government,

1

and counsel for defendant are scheduled to meet on Wednesday, January 30, 2013;

A continuance of one week is needed to try to resolve these issues.

The parties further stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). Accordingly, counsel request that the court approve the attached order resetting the court appearance from January 28, 2013 at 8:30 a.m. to February 4, 2013 at 8:30 a.m.

DATED: January 23, 2013      /kh/ Katherine Hart
                             KATHERINE HART

DATED: June 28, 2012         /ks/ Kimberly Sanchez
                             KIMBERLY SANCHEZ, Assistant U.S. Attorney

## ORDER

It is hereby ordered that the motions and sentencing conference in UNITED STATES OF AMERICA v. ISMAEL ARREGUIN, 11:00168 LJO-SKO, previously scheduled for January 28, 2013 at 8:30 a.m. be rescheduled to February 4, 2013 at 8:30 a.m.

IT IS SO ORDERED.

**Dated:   January 23, 2013      /s/ Lawrence J. O'Neill**
                                 UNITED STATES DISTRICT JUDGE