|     |                                                      |                                          |
|-----|------------------------------------------------------|------------------------------------------|
| 1   | KATHERINE HART #76715                                |  FILED               |
|     | Attorney at Law                                      | JUL 0 2 2013                             |
| 2   | 2055 San Joaquin                                     | CLERK, U.S. DISTRICT COURT               |
|     | Fresno, Ca. 93721                                    | EASTERN DISTRICT OF CALIFORNIA           |
| 3   | Telephone: (559) 256-9800                            | BY _____                     |
|     | Facsimile: (559) 256-9798                            |           DEPUTY CLERK                   |

Attorney for Defendant ISMAEL MICHAEL ARREGUIN

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00268 LJO |
|---|---|
| Plaintiff, | ) ORDER APPROVING ISSUANCE OF SUBPOENAS FOR TRIAL AND DIRECTING THE CLERK OF THE COURT TO SIGN THE SUBPOENAS |
| v. | ) |
| ISMAEL MICHAEL ARREGUIN, | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, it is hereby ordered as follows:

That the Clerk of the Court of the Easter District is to sign subpoenas prepared by Defendant's counsel for the following witnesses for the trial of the above-entitled case, now scheduled for July 23, 2013:

Daniel Guzman Arreguin

Eliodoro Junior Arreguin

Jessica Arreguin

Leticia Arreguin

1  Leticia Guzman Arreguin
2  Mark Anthony Arreguin
3  Israel Jacob Guerrero
4  Joseph Andrew Martinez
5  Richard Santana

8  DATED: June 27, 2013

*[signature]*
LAWRENCE J. O'NEILL, Judge of the
Eastern District of California

2